

Home | FAQs



Search...

| About | Institutions | Accreditation | Documents | News & Events |

Back to Results

# McLennan Community College
*As of 6/25/2022*

The information on this page describes the accreditation relationship between this institution and the Southern Association of Colleges and Schools Commission on Colleges. General information about the Commission and the accreditation process is provided at the end of this document. In addition, links to definitions are provided for many of the terms used.

## General Information

+ **CEO Name**
  Dr. Johnette McKown

+ **Address**
  1400 College Drive
  Waco, TX 76708

+ **Country**
  United States

+ **Institutional Phone**
  (254) 299-8000

+ **Approved to Offer**
  Associate's Degree

+ View Available Programs

+ View Student Achievement Data

## Accreditation Information

+ **Status**
  Accredited

+ **Public Sanctions**
  Warning
  Accreditation Actions & Disclosure Statements

+ **Candidacy Date**
  01/01/1967

+ **Accreditation Granted**
  01/01/1968

+ **Reaffirmation**
  2012

+ **Distance Education Approval Date**
  12/06/2002

+ **Next Reaffirmation**
  2022

+ **Next Fifth-Year Review**
  2027

+ **Degree Level**
  I

+ **Control**
  Public

**EXHIBIT 1**

**Southern Association of Colleges and Schools
Commission on Colleges (SACSCOC)**
http://www.sacscoc.org

**Disclosure Statement Regarding the Status of
MCLENNAN COMMUNITY COLLEGE
Waco, Texas**

**Issued June 17, 2022, by SACSCOC**

The following publicly available information is provided by the Southern Association of Colleges and Schools Commission on Colleges (SACSCOC) concerning the accreditation of McLennan Community College. Information presented below is in accord with SACSCOC's disclosure policy; SACSCOC staff cannot comment further on questions specifically related to McLennan Community College. The institution has reviewed this statement prior to public posting.

Action by SACSCOC Board of Trustees took place on June 16, 2022, and the institution's next review is June 2023.

**What is the accreditation status of McLennan Community College?** McLennan Community College is accredited by the Southern Association of Colleges and Schools Commission on Colleges; however, the institution was denied reaffirmation, continued in accreditation and placed on Warning after review of a monitoring report regarding full-time faculty, qualified administrative/academic officers, as well as program faculty. SACSCOC accreditation includes all components of the institution—all programs, branch campuses, off-campus sites, and distance learning programs as reported to SACSCOC; thus, the Warning status applies to the entire institution.

**What does it mean to be denied reaffirmation, continued in accreditation, and placed on Warning?**
Warning imposed by the SACSCOC Board of Trustees follows a determination of significant non-compliance with the Core Requirements or Standards of the *Principles of Accreditation*, the accreditation standards of SACSCOC; failure to make timely and significant progress toward correcting the deficiencies that led to the findings of non-compliance; or failure to comply with SACSCOC policies and procedures. The maximum total time during a monitoring period that an institution may be on Warning is two years. In June 2023, McLennan Community College will have been on Warning for twelve (12) months. For additional information about sanctions, see the SACSCOC policy entitled "Sanctions, Denial of Reaffirmation, and Removal from Membership."

**Why was McLennan Community College denied reaffirmation, continued in accreditation, and placed on Warning?** McLennan Community College was denied reaffirmation, continued in accreditation, and placed on Warning because the SACSCOC Board of Trustees determined that the institution had failed to demonstrate compliance with Core Requirement 6.1 (*Full-time faculty*), Standard 5.4 (*Qualified administrative/academic officers*), and Standard 6.2.b (*Program faculty*) of the *Principles of Accreditation*. These standards expect an institution to (1) employ an adequate number of full-time faculty members to support the mission and goals of the institution; (2) employ administrative and academic officers with appropriate experience and qualifications to lead the institution. Further, this standard expects an institution to evaluate those administrative and academic officers regularly; and (3) to employ a sufficient number of full-time faculty members to ensure curriculum and program quality, integrity, and review. (To read the full statements for the standards cited above, access the *Principles of Accreditation: Foundations for Quality Enhancement*.)

**What will happen in June 2023?** The SACSCOC Board of Trustees will consider the accreditation status of McLennan Community College following a review of a Monitoring Report submitted by the institution addressing the standards cited above for non-compliance. The Board will have the following options: (1) reaffirm accreditation and remove the institution from Warning without an additional report; (2) reaffirm accreditation and remove the institution Warning and request a Fifth-Year Follow-Up Report; (3) deny reaffirmation, continue accreditation, continue the institution on Warning, with or without a Special Committee authorized, (4) deny reaffirmation, continue accreditation, place the institution on Probation, and request a Monitoring Report, and authorize a Special Committee; or (5) remove the institution from membership for failure to comply with the *Principles of Accreditation*. SACSCOC staff will not speculate on what decision might be made by the Board of Trustees in June 2023.

For additional information regarding SACSCOC's accreditation process, access the *Principles of Accreditation: Foundations for Quality Enhancement*.