

February 1, 2022

Professor Casey Hubble
249 Sunrise Lane
McGregor, TX 76657

Professor Hubble:

Pursuant to the Policies and Procedures Manual and specifically the Academic Freedom Responsibility and Tenure Policy (f-III-a), and subsequent to your arrest on February 1, 2022, your employment with the College will be terminated for good cause effective February 28, 2022.

As an alternative, in lieu of termination, you may choose to resign effective May 10, 2022. If you wish to resign in lieu of termination, please submit your written resignation to Ms. Missy Kittner, Chief Human Resources Officer, no later than Tuesday, February 8, 2022, at 5:00 p.m.

At this time, we ask you to refrain from contacting the students or staff of the College and from coming onto campus for any reason other than a scheduled meeting with Human Resources, a Vice President, or me. Please contact Ms. Kittner to set up a weekend time with campus police to remove personal items from your campus office.

Please contact Ms. Kittner at (254) 299-8514 or mkittner@mclennan.edu if you have questions concerning this matter. We wish you well with your future endeavors.

Sincerely,

Johnette McKown

Johnette E. McKown
President

**EXHIBIT 2**