THE OFFICE OF
# THE CRIMINAL DISTRICT ATTORNEY
# McLENNAN COUNTY, TEXAS
219 North 6th Street, Suite 200
Waco, Texas 76701
Phone - (254) 757-5084
Fax - (254) 757-5021

**Barry Johnson**
Criminal District Attorney

## PROSECUTION DISPOSITION REPORT

**Concerning:** **HUBBLE, CASEY JOE**

| | |
|---|---|
| CID#: | 191404 |
| SID/DPS #: | 13066360 |
| Race: | W |
| Sex: | M |
| D.O.B.: | 12/12/1963 |
| Magistrate: | |
| Warrant/Order#: | J5M22-004 |
| Booking #: | 1171988 |
| Bondsman: | |
| Offense at Arrest: | INTERF W/ PUB DUTIES-BM |
| Date of Arrest: | 02/01/2022 |
| Officer: | |
| Police Agency: | MCLENNAN COMMUNITY COLLEGE |
| Agency Case #: | MCC 2201-00032 |

**Disposition:** **CASE NOT ACCEPTED**

| | |
|---|---|
| Date: | 02/28/2022 |
| Cause #: | |
| Court: | NA |
| Judge: | |
| Jury: | NO |
| Plea: | |
| Finding: | CASE NOT ACCEPT |
| Offense: | INTERFER W/PUBLIC DUTIES |
| Sentence: | IT WOULD APPEAR THAT OFFICERS OF THE MCCPD, WHO APPEAR TO BE VERSED IN §38.12(A), BUT OBVIOUSLY FAILED TO READ (C) OF SAID STATUTE. NO OFFENSE HAS BEEN COMMITTED |
| Fine: | 0.00 |
| Comm. Supervision: | |

**EXHIBIT 3**