Cause No. 20220724CR3

| | |
|---|---|
| THE STATE OF TEXAS | IN THE COUNTY |
| VS | COURT #3 |
| CASEY JOE HUBBLE | McLENNAN COUNTY, TEXAS |

### MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her Attorney, and respectfully request the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of INTERFER W/PUBLIC DUTIES, for the reason:

- ☐ The evidence is insufficient
- ☐ The defendant was convicted in another case
- ☐ The complaining witness has requested dismissal
- ☐ The case has been refiled
- ☐ The defendant is unapprehended
- ☐ The defendant is decease
- ☐ The defendant has been granted immunity in light of his testimony
- ☒ Other

and for cause would show the Court the following:

Successful prosecution unlikely under Houston v. Hill, 482 US 451 (1987)

*[FILED stamp: 2022 SEP -2 PH 2:38, J.A. "ANDY" HARWELL, McLENNAN COUNTY CLERK, DEPUTY]*

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted

_/s/ R. Stevens_
Randy Stevens
Attorney of the State

### ORDER

The foregoing motion having been presented to me on this the __1__ day of __Sept__ A.D. __2022__, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

_/s/ Judge_
Judge of the __County Court #3__
Court of McLennan County, Texas

**EXHIBIT 4**