

# McLennan
## COMMUNITY COLLEGE

August 2, 2022

Mr. Casey Hubble
249 Sunrise Lane
McGregor, Texas 76657

Re:   Termination of Employment

Dear Mr. Hubble:

This letter is to notify you that at its meeting on August 2, 2022, the Board of Trustees, in accordance with its Policy F-III-a, accepted the recommendation of the President of the College and the Faculty Due Process Hearing Committee that your employment with the College be terminated for good cause as of this date.

Therefore, regarding this matter, you have accessed all proceedings provided for in the above-referenced policy, including:

- A **Personal conference** which was conducted on March 17, 2022;
- An **Advisory Committee** review resulting in its recommendation on May 6, 2022, that a hearing be held by the Faculty Due Process Hearing Committee.
- A hearing by the **Faculty Due Process Hearing Committee**, which was held on June 29 and 30, 2022.

On July 8, 2022, Dr. Johnette McKown, President of McLennan Community College, provided to this Board a summary of the above activities and her recommendation that your contract of employment with the College be terminated for good cause, effective immediately. On July 8, 2022, the Board voted to limit its review of this matter to a review of the record before the Hearing Committee.

On July 16, 2022, this Board was provided for its review a complete transcript of the proceedings before the Hearing Committee, including exhibits, a copy of its report and recommendations, and the President's recommendation for termination of your employment.

The Board, having reviewed the matter, voted to terminate your employment on this date, August 2, 2022.

Any questions you may have regarding the termination of your employment should be addressed to the Human Resources at McLennan Community College. The Trespass Order remains in place for the McLennan Community College campus, so please comply with this order and refrain from coming onto campus for any reason. A representative of the College will be in touch with you to arrange for the delivery of any personal items.

Sincerely,

K. Paul Holt
Chair Board of Trustee

Cc:  Douglas Becker
     900 West Avenue
     Austin, TX 78701

**EXHIBIT 6**