**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **CASEY HUBBLE,** § | |
|    *Plaintiff* § | |
| **v.** § | |
| § | **Civil Action No. 6:22-CV-1087** |
| **JOHNETTE McKOWN, Individually** § | |
| **AND** § | |
| **McLENNAN COMMUNITY** § | |
| **COLLEGE,** | |
|    *Defendants* | |

**ORDER GRANTING UNOPPOSED MOTION TO STAY CASE DUE TO AGREEMENT BY THE PARTIES TO SETTLE**

On this day came to be heard the Defendants' Unopposed Motion to Stay Case Due to Agreement by the Parties to Settle. After a review of the Motion the Court finds that the Motion has merit.

IT IS THEREFORE **ORDERED, ADJUDGED**, and **DECREED** the Motion to Stay Case is hereby **GRANTED.**

.

Signed this _____ day of _____, 2023.

_____
Judge Presiding

1