UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CASEY HUBBLE,** §<br>    *Plaintiff* §<br>**v.** §<br> §<br>**JOHNETTE McKOWN, Individually** §<br>**McLENNAN COMMUNITY** §<br>**COLLEGE, and the BOARD OF**<br>**TRUSTEES OF McLENNAN**<br>**COMMUNITY COLLEGE: EARL**<br>**STINNETT, SR.; RICKY TURMAN;**<br>**ELIZABETH PALACIOS; K. PAUL**<br>**HOLT; GENEVA WATLEY;**<br>**JONATHAN HILL; and ILDA**<br>**SABIDO.**<br>    *Defendants* § | Civil Action No. 6:22-CV-1087-ADA |

## STIPULATED MOTION FOR DISMISSAL

The parties have reached a full and final resolution of all their disputes and so now request that this matter be dismissed with prejudice to refiling, under FRCP 41(a)(2), with the Court to retain jurisdiction solely in the event one of the parties later seeks enforcement of their written agreement. They further request that the dismissal be without an award of costs or assessment by the Court of any damages, attorney fees, or other such relief.

Respectfully Submitted,

/s/ Douglas M. Becker
Douglas M. Becker
TX Bar No. 02012900
doug.becker@graybecker.com
GRAY & BECKER, P.C.
900 West Avenue
Austin, Texas 78701
Telephone No.: (512) 482-0061
Facsimile No.: (512) 482-0924

/s/ Peter K. Rusek
Philip E. McCleery    TX Bar No. 1339500
Peter K. Rusek    TX Bar No. 17400400
Cynthia A. Culp    TX Bar No. 24089329
pmccleery@slm.law   prusek@slm.law
cculp@slm.law
SHEEHY, LOVELACE & MAYFIELD, P.C.
510 N. Valley Mills Drive, Suite 500
Waco, Texas 76710

| | |
|---|---|
| Co-Counsel:<br>Kara L. O'Shaughnessy<br>TX Bar No. 24089848<br>koshaughnessy@dwmrlaw.com<br>DUGGINS WREN MANN & ROMERO, LLP<br>600 Congress Avenue, Suite 1900<br>Austin, Texas 78701<br>Telephone No.: (512) 744-9300<br>Facsimile No.: (512) 744-9399<br>**ATTORNEYS FOR**<br>**PLAINTIFF CASEY HUBBLE** | Telephone No.: (254) 772-8022<br>Facsimile No.: (254) 772-9297<br>**ATTORNEYS FOR DEFENDANT**<br>**MCLENNAN COMMUNITY COLLEGE** |